## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Robert Rees–Evans, et al.

                      Plaintiff,

v.                                                           Case No.: 1:20–cv–07169
                                                                 Honorable Franklin U. Valderrama

AMP Global Clearing, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 28, 2021:

    MINUTE entry before the Honorable Franklin U. Valderrama: On 11/30/2021, the Court issued a Memorandum Opinion and Order granting Defendants' Motion to Dismiss [28]. As part of its order, the Court granted leave to Plaintiffs to file an amended complaint by 12/21/2021 and noted that if Plaintiffs did not file an amended complaint by this date, the Court would dismiss the case with prejudice and terminate the case. Because Plaintiffs have failed to file an amended complaint by 12/21/2021, the Court dismisses this case with prejudice. This civil case is terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.