## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT REES-EVANS, BRIAND PARENTEAU, JEROME RAPHAEL SIV, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>AMP GLOBAL CLEARING, LLC *et al.*,<br><br>Defendant(s). | Case No. 20 C 7169<br>Judge Franklin U. Valderrama |

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama.

Date: 12/28/2021                         Thomas G. Bruton, Clerk of Court

                                         Analeah Charles, Deputy Clerk